CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Christopher R. Bush, SBN 243471
Doan Law Firm LLP
4817 Palm Ave., Suite I
La Mesa, CA 91941
Phone (619) 462-4611 • Fax (619) 599-1651
cbush@doanlaw.com

Order Entered on
October 29, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Andrew and Stephanie Pantoya

Debtors.

BANKRUPTCY NO. 09-13891-PB7

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON MOTION FOR REDEMPTION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted   Motion/Application Docket Entry No __9__

//

//

//

//

//

//

DATED: October 29, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

DOAN LAW FIRM, LLP
(Firm name)

By: /s/ecf Christopher R. Bush
    Attorney for Movant

Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [11/15/04](Page 2)
ORDER ON MOTION FOR REDEMPTION
DEBTOR: Andrew and Stephanie Pantoya                    CASE NO: 09-13891-PB7

---

AND NOW, upon the debtors motion pursuant to 11 USC § 722 and Bankruptcy Rule 6008 for a Redemption Order of which Debtor has received no pleadings in opposition hereto served by Debtor on 10/08/09;

It is hereby ORDERED AND DECREED as follows:

1. The tangible property described below is intended primarily for personal, family and household use of the debtor

2. The debt owing the Creditor is dischargeable consumer debt and the Debtor's interest in such property is exempt or has been abandoned by the estate

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $4,375.00

4. The DEBTOR be allowed to purchase the 2006 Hyundai Elantra GLS Sedan 4D VIN# KMHDN46D56U246155 for the redemption value of $4,375.00

5. Attorney Fees are allowed at $600.00 payable by the new lender to debtor's attorney.

**IT IS HEREBY ORDERED**, that the Debtor may redeem the subject property by paying to the Creditor on or before the (30th) day following entry of this Order the redemption amount  Upon timely receipt of such payment, the creditor is ordered to cancel its lien of record and surrender the certificate of the title in accord with the Debtor's instruction. In the event of the failure of the Debtor to pay the redemption amount within such time frame, the automatic stay shall immediately terminate

CSD 1001A

*Signed by Judge Peter W. Bowie October 29, 2009*